Decided September 15, 1993

## STATE OF CONNECTICUT *v.* LARRY A. RADICIONI
## STATE OF CONNECTICUT *v.* LINDA J. HURST

The state of Connecticut's petition for certification for appeal from the Appellate Court, 32 Conn. App. 267 (AC 11776, AC 11777), is granted. It is further ordered that the matter be remanded to the Appellate Court for reconsideration in light of this court's decision in *State* v. *Diaz,* 226 Conn. 514 (1993).

*Michael L. Regan,* assistant state's attorney, in support of the petition.

*Joseph L. Segal,* in opposition.

Decided September 15, 1993